# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN L. HOUSTON,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 5:22-cv-01902-AB-SHK<br><br>~~[PROPOSED]~~ **ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court, having read and considered the parties' Stipulation of Dismissal, hereby **ORDERS** that this action shall be dismissed in its entirety with prejudice. Each party will bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: April 5, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE